# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: CURT A. DECKER  
4632 TREVOR CIRCLE, #8  
ROCKFORD, IL  61109  
SSN-xxx-xx-2251

Case Number: 06-71637

Case filed on: 9/6/2006  
Plan Confirmed on: 11/17/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $1,200.00            Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 3,000.00 | 3,000.00 | 984.64 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 984.64 | 0.00 |
| 999 | CURT A. DECKER | 0.00 | 0.00 | 150.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 150.00 | 0.00 |
| 001 | WORLD FINANCIAL NETWORK NATIONAL BANK | 1,156.12 | 1,156.12 | 0.00 | 0.00 |
| 002 | ECAST SETTLEMENT CORPORATION | 5,962.97 | 5,962.97 | 0.00 | 0.00 |
| 003 | ECAST SETTLEMENT CORPORATION | 3,759.89 | 3,759.89 | 0.00 | 0.00 |
| 004 | LVNV FUNDING LLC | 1,814.40 | 1,814.40 | 0.00 | 0.00 |
| 005 | CITI FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | DISCOVER FINANCIAL SERVICES | 4,310.45 | 4,310.45 | 0.00 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 853.70 | 853.70 | 0.00 | 0.00 |
| 008 | RBS NB | 5,463.10 | 5,463.10 | 0.00 | 0.00 |
| 009 | THE CASH STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | UNION PLUS LOAN PROGRAM | 2,710.80 | 2,710.80 | 0.00 | 0.00 |
|  | Total Unsecured | 26,031.43 | 26,031.43 | 0.00 | 0.00 |
|  | Grand Total: | 29,031.43 | 29,031.43 | 1,134.64 | 0.00 |

Total Paid Claimant: $1,134.64  
Trustee Allowance: $65.36  
Percent Paid Unsecured: 0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 05/14/2008            By  /s/Heather M. Fagan